# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEBBIE WHITCOMB,**<br><br>Plaintiff,<br><br>v.<br><br>**JASON MONTOYA AND CAROL MONTOYA,**<br><br>Defendants. | Case No.: 19-cv-520 YGR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO REMAND**<br><br>**DKT. NO. 7** |

The Court has reviewed the Report and Recommendation of Magistrate Judge Jacqueline Scott Corley (Dkt. No. 7, "Report"), recommending remand of this action to the Superior Court of California, County of Contra Costa, to which no party filed an objection. The Court has reviewed the Report carefully. The Court finds the Report correct, well-reasoned, and thorough, and adopts it in every respect.

Accordingly, and for the reasons set forth in the Report, this action is Remanded to the Superior Court of California for the County of Contra Costa.

The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Date: **March 28, 2019**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**